UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10599-RGS

JEFFREY PAUL CARLSEN,
Petitioner

v.

JAMES V. DiPAOLA,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

June 19, 2012

STEARNS, D.J.

As I agree with Magistrate Judge Collings' June 7, 2012 Report and his determination that petitioner has failed to exhaust his state remedies (which he acknowledges), the Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u> with prejudice.[1]  *See McFarland v. Scott*, 512 U.S. 849, 856 (1994) (habeas petition may be dismissed if it appears to be legally insufficient on its face).  Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis for an appeal.  The Clerk is

---

[1] Carlsen filed an objection to the Report and Recommendation on June 14, 2012, that cursorily repeats the substance of his petition.

instructed to close the case.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE